## 5892. HUMPHRIES *v.* THE STATE.

RUSSELL, C. J. There is no complaint that any error of law was committed on the trial. The evidence in behalf of the prosecution fully authorized the verdict, and the refusal of a new trial was not error.

*Judgment affirmed. Roan, J., absent.*

DECIDED OCTOBER 20, 1914.

Conviction of stabbing; from city court of Houston county— Judge Riley. May 23, 1914.

*M. Kunz,* for plaintiff in error. *R. E. Brown, solicitor,* contra.